IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT ROBERTSON )
-V- )
UNITED STATES ) C.R. NO:04-073ML

## MOTION BY LETTER

COMES NOW ALBERT ROBERTSON,AND MOVES THIS HONORABLE COURT TO TAKE NOTICE THAT Mr.ROBERTSON WISHES TO PRESERVE HIS ISSUES ON THE ENHANCEMENTS THAT WERE USED TO INCREASE HIS SENTENCE THAT VIOLATED THE SUPREME COURT'S RULINGS IN BLAKELY, AND BOOKER, THIS IS NOT A SECTION 2255 BUT A LETTER TO PRESERVE Mr.ROBERTSO'S ISSUES.

ALBERT ROBERTSON#05466-070
F.M.C. DEVENS
P.O. BOX 879
AYER MASS. 01432-0879