RECEIVED
DEC 11 2006
Property of U.S. District Court
District of Rhode Island

November 29th, 2006

Clerk of the U.S. District Court
US Federal Courthouse
119 Federal Bldg
One Exchange Terrance
Providence, Rhode Island
02903

Reference: Criminal Docket
Case # 1:04-cr-00073-ML-ALL
USA vs Robertson

Judge Mary M. Lisi

Defendant Albert Robertson

Request for expansion of time to receive requested documentation to file to the Court:

Dear Clerk of the Court:

I have been moved from FMC Ft Devens Ma to another BOP facility for medical care-I am currently at FMC Butner PO Box 1600 Butner, North Carolina 27509. I had requested concerning my docket page 6 # 36- preserve issue for time to respond relative to enhancements.

I have requested documentation from the court but at this juncture have never received these documents due to possibly my move or lost mail etc. I would like this documented for future proceeding that I can file appropriate remedy for attacking these enhancements. Please note I have filed within the one year time frame to question these issues.

Thank you,

Albert Robertson
#
FMC Butner PO Box 1600
Butner, NC 27509